IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
_____

| | |
|---|---|
| VICTOR RAY BRADLEY, | ) **DISMISSAL ORDER &** |
| | ) **MEMORANDUM DECISION** |
| Plaintiff, | ) |
| | ) Case No. 2:11-CV-1197 DAK |
| v. | ) |
| | ) District Judge Dale Kimball |
| RICHARD GARDEN et al., | ) |
| | ) |
| Defendants. | ) |

_____

Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2] However, Plaintiff has not complied with the Court's December 30, 2011, order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3]

Accordingly, IT IS HEREBY ORDERED that Plaintiff's case is DISMISSED without prejudice.

DATED this 7th day of March, 2012.

BY THE COURT:

_____
JUDGE DALE A. KIMBALL
United States District Court

---

[1] *See* 42 U.S.C.S. § 1983 (2012).

[2] *See* 28 *id.* § 1915.

[3] *See id.* § 1915(a)(2).